UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF00075 (rev 09/2020)

In re:

**Richard Wayne Payne**,
**Rachel Corrine Payne**,
      Debtors.

Case No. **11–01630–RLM–7A**

## NOTICE OF DEFICIENT FILING

An Application for Payment of Unclaimed Funds was filed on January 29, 2021, by Debtor Richard Wayne Payne.

**NOTICE IS GIVEN** that the document is deficient as follows:

- The Trustees Notice of Unclaimed Dividends lists both debtors as owners of record of the funds. The Clerks office is not permitted to split the amount between the debtors. Upon application and by order of the Court, a check payable to both debtors will be issued by the Treasury. Please submit a joint Application for Payment of the Unclaimed Funds.

  Please mail all documents to:
  U.S. Bankruptcy Court, Southern District of Indiana
  Attn: Finance
  46 East Ohio Street, Room 116
  Indianapolis, IN 46204

**NOTICE IS FURTHER GIVEN** that failure to cure the above deficiencies by February 16, 2021, may result in the striking of the deficient filing or the dismissal of this case without further notice.

Dated:  February 2, 2021

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court