## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: admin | Date Created: 2/2/2021 |
| Case: 11−01630−RLM−7A | Form ID: SF00075 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Richard Wayne Payne          3288 Cicero Rd #64          Noblesville, IN 46060

                                                                                                    TOTAL: 1